SUSAN F. PLATT *v.* ANNIE R. PLATT, Appellant, NATHAN C. PLATT et al., Respondents.   (Three Actions.)

(Argued June 19, 1888; decided June 29, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, which affirmed an order directing as to the distribution of the sale in partition in each of three actions entitled as above.

*William Allen Butler* and *William R. Martin* for appellant.

*William G. Wilson* and *Payson Merrill* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.